IN THE UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | No. 22-cv-00784(gam) |
| | : | |
| **JOHN DOE subscriber assigned** | : | |
| **IP address 68.82.243.29** | : | |
| Defendant | : | |

## AFFIDAVIT of DEFENDANT

I, {Redacted}, do hereby state as follows:

- I have been informed by my internet service provider, Comcast, that it has received a subpoena in this matter which identifies me as "John Doe subscriber assigned IP address 68.82.243.29" based upon the "IP Address" allegedly assigned to my computer on the date(s) and at the time(s) herein at issue;

- The subpoena seeks to compel Comcast to disclose my actual identity to the Plaintiff;

- I have received and reviewed a copy of the Plaintiff's Complaint;

- I did not at any time download or upload all or any portion of the 31 works identified in Exhibit "A" of the Plaintiff's Complaint, nor did I authorize anyone else to do so on my behalf;

- Disclosure of my identity to the Plaintiff would cause me irreparable harm by way of damage to my reputation, embarrassment and otherwise;

- I therefore ask that the Court prohibit Comcast from disclosing my actual identity to the Plaintiff, and I ask that I be permitted to defend this matter under the pseudonym used in the caption; and

- I have provided my attorney, William J. Levant, Esquire, with an unredacted copy of this Affidavit, bearing my actual signature, to be held in his files pending further court action.

I declare, under penalty of perjury, according to 28 U.S.C. §1746, that the foregoing is true and correct.

_____/S/_____
John Doe subscriber assigned IP address 68.82.243.29

Date : March 24, 2022