UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:22-cv-00784-GAM |
| ) | |
| v. ) | Judge Gerald A. McHugh |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 68.82.243.29, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 68.82.243.29 are voluntarily dismissed without prejudice.

Dated:  May 3, 2022           Respectfully submitted,

> By: */s/ John C. Atkin*
> John C. Atkin, Esq. (326957)
> The Atkin Firm, LLC
> 55 Madison Avenue, Suite 400
> Morristown, NJ 07960
> Tel: (973) 314-8010
> Fax: (833) 693-1201
> JAtkin@AtkinFirm.com
> Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq.